## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RENALDO J. SONSINI, II,
                                 :   No. 90 MM 2019

           Petitioner       :

             v.                   :

ROBERT GILMORE, THERON PEREZ,  :
ESQ., DAVID J. ARNOLD, ESQ.,      :

          Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of October, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.